IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WESLEY SNELLGROVE, #09870-091                                            PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:10cv54-DCB-MTP

HARLEY LAPPIN, et al.                                                    DEFENDANTS

**ORDER DIRECTING RESPONSE TO MOTION**

Presently pending before the court is a Motion to Dismiss or, in the Alternative, for Summary Judgment [19] filed by Defendants on July 19, 2010. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Plaintiff shall file his response to the motion on or before September 6, 2010; and

2. Should Plaintiff fail to respond by September 6, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 17th day of August, 2010.

                                                      s/ Michael T. Parker
                                                      United States Magistrate Judge